FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 SEP 20 PM 3: 54

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL A. DORSEY | CIVIL ACTION |
| VERSUS | NO. 05-1896 |
| RONNIE SEAL, CHARLES GRAHAM, CHARLIE MORRIS, SAMUEL TYNES, RORY BEALL, VANESSA TYSON, ALLEN BOURGEOIS, ELIZABETH OLIVEIRA, LARRY WAGONER, BRUCE STEWARD, WAYNE SEAL, KATHYLEEN MCGINNIS, ROBERT TANNER, JAMES MILLER JR., LINDA RAMSAY, AND RICHARD STALDER | SECTION "C" (4) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Michael A. Dorsey's complaint pursuant to Title 42 U.S.C. § 1983 against the defendants, Lieutenant Ronnie Seal, Sergeant Charles Graham, Sergeant Charlie Morris, Sergeant Samuel Tynes, Lieutenant Rory Beall, Social Worker Vanessa Tyson, Social Worker Allen Bourgeois, Social Worker Elizabeth Oliveira, Social Worker Larry Wagoner, Sergeant Bruce Steward, EMT, Lieutenant Wayne Seal, Assistant Warden Kathyleen McGinnis,

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Deputy Warden Robert Tanner, Warden James Miller, Jr., Deputy Secretary Linda Ramsay, and Secretary Richard Stalder, is **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and/or as malicious pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e, because the claims therein are prescribed and are duplicitous of claims previously resolved in another federal civil rights litigation.

New Orleans, Louisiana, this ___20___ day of ___September___, 2007.

_____
**UNITED STATES DISTRICT JUDGE**